UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>David E Shepard<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  16-16218<br><br>Chapter:  13<br>Honorable LaShonda Hunt |

**ORDER MODIFYING THE PLAN POST CONFIRMATION**

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1. The Debtor's plan is modified post-confirmation by increasing the plan payment to $540 a month, beginning October 2018, until the end of the plan and to defer the current default to the end of the plan.

Enter:

*LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  October 01, 2018

**Prepared by:**

David H. Cutler, esq.
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076
Phone: (847) 673-8600